TO: CLERK, U.S. DISTRICT COURT NJ
Room 362
517 E. WISCONSIN AVENUE
MILWAUKEE, WI. 53202

Re: Case No. 19-CV-592

Dear Clerk,                                    12/04/2019

My name is Nehemias Huertas Jr. (DOB 6/10/87)
I would like to know if you received my
Amended Complaint along with Exhibits and
declarations?

Thank You For Your Time

Sincerely, *Nehemias Huertas Jr.*

Nehemias Huertas Jr. #343598
Milw. Co. Jail Booking No. 2019003347
949 N. 9th St.
Milwaukee, WI. 53233