trict Court  
nsin Avenue  
WI 53202



NEOPOST  
12/20/2019  
US POSTAGE $000.50



ZIP 53202  
041M11456268

FIRST-CLASS MAIL

Nehemias Huertas, Jr

```
NIXIE        530    DC 1         0012/30/19
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

     UTF  BC: 53202458299    *2325-08909-20-39
```