# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

STEPHEN C. DRIES
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

January 10, 2020

Nehemias Huertas, Jr #488040
Dodge Correctional Institution
PO Box 700
Waupun, WI 53963-0700

Dear Mr. Huertas:

    This letter is to advise you that the Court has designated Dodge Correctional Institution for participation in the Prisoner E-Filing Program. Enclosed is information about the program as well as instructions for preparing and submitting filings to the Court.

    Pursuant to this program, all inmates who have cases in the U.S. District Court for the Eastern District of Wisconsin are <u>required</u> to submit their court filings to the institution librarian for scanning and e-mailing to the Court. No paper copies need to be mailed to any party or the Court.

    All your future filings must be submitted through the Prisoner E-Filing Program. Failure to comply with the program may result in your documents being returned to you unfiled.

    Very truly yours,

    STEPHEN C. DRIES
    Clerk of Court

    s/ Terri Lynn Ficek
    Deputy in Charge