1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($7.50) (N/A On going issue)

☐ Dental ($7.50)

☐ Mental Health (No Charge)    RE: DENIAL OF ACID REFlux MEDICATION

MR# _____

| Inmate Name (Please print) | | | Housing Unit |
|---|---|---|---|
| Nehemias Huertas JR. | | | M6/43 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| ▮▮87 | 2019003347 | **$7.50** | Date: 4/18/19  Time: 0700 a |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemia Huerta JR. | 4-18-19 | 8:25 AM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($7.50)

☐ **Dental** ($7.50)

☑ **Mental Health** (No Charge)

TO: JILL BERGAN (MH SUPERVISOR)
&
JOEL DEWITT (MH DIRECTOR)

RE: DENIAL OF PRESCRIPTION MEDICATION

MR#

| Inmate Name (Please print) | | | Housing Unit |
|---|---|---|---|
| Nehemias Huertas Jr. | | | Mb-4/5 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| 87 | 2019003319 | **$7.50** | Date: 4/18/19   Time: 0700 cy |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemi Huerta JR. | 4-18-19 | 8:30 Am |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($20.00)

☐ **Dental** ($20.00)

☑ **Mental Health** (No Charge) *Re: Untreated MH disorders Since 2/8/19*

**MR#**

**Inmate Name** (Please print)  *Nehemias Huertas Jr.*

**Housing Unit**  ~~MAG~~ 3B-46

**Date of Birth**  *1987*

**Booking #**  *2019003347*

**Collection** Date: *5/2/19*  Time *7pm*

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

**Inmate Signature**  *Nehemias Huertas Jr.*

**Date**  *5-2-19*

**Time**  *7pm*

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00) N/A On going issue, untreated
☐ Dental ($20.00)   NOTE: HOC Transfer.
☐ Mental Health (No Charge)

MR#

**Inmate Name** (Please print)
Nehemias Huertas JR.

**Housing Unit**
3B / 46

**Date of Birth**
/1987

**Booking #**
2019003347

**Collection**
Date: 05/02/19   Time: 7pm   KA

Slip Triage Date _____  Time _____  RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further un-
derstand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

**Inmate Signature**
Nehemias Huertas JR.

**Date**
05/02/19

**Time**
7pm.

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☒ Medical ($2.00) NA on going issue
☐ Dental  ($20.00) Re: HEARTBURN - Acid
☐ Mental Health (No Charge) REFlux

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 3B/46 |

| Date of Birth | Booking # | Collection | |
|---|---|---|---|
| 87 | 2019003347 | Date: 5/3/19 | Time: 8:30m |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| | 5/3/19 | 8:30m |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00) *On going issue/follow up*
☐ Dental ($20.00) *re: OHOC transfer*
☐ Mental Health (No Charge) *Medical Restrictions*

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| *Nehemias Huertas JR.* | 3B/46 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| *1987* | *2019 003347* | Date: 5/3/19  Time: 8:40 pm |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| *Nehen Huerta JB.* | 5/3/19 | 8:40 pm |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00)  N/A Ongoing issue
☐ Dental ($20.00)  Re+ Refills
☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 3B - 46 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| 1987 | 2019003347 | Date: 5/4/19  Time: 11AM |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehem Huertas Jr. | 5/4/19 | 11AM |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00) N/A on going issue
Re: Orthopaedic Appt.

☐ Dental ($20.00)

☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR. | 3B-46 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| /87 | 2019003347 | Date: 5/5/19  Time: 10:30pm |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| | 5/5/19 | 10:30pm |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($~~6.00~~) N/A *on going issue*
☐ Dental ($20.00) *Ref Medical*
☐ Mental Health (No Charge) *Tele. Review*

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR | 3B-46 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| /87 | 2019003347 | Date: 5/5/19   Time: 10:30a |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| | 5/5/19 | 10:30a |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($20.00)

☐ **Dental** ($20.00)

☑ **Mental Health** (No Charge) *Re: Untreated Mental health disorders*

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR. | 3B - 46 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| -87 | 2019003347 | Date: 5-7-19  Time: 10:50pm  KB |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nathan Huertas JR. | 5/7/19 | 10:50pm |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00) *N/A On going issue*
☐ Dental ($20.00)        *HEALTH CENTER*
☐ Mental Health (No Charge) *Re: Refuse to treat my Acid Reflux / Heartburn*

MR#

| Inmate Name (Please print) | Housing Unit |
| --- | --- |
| | 3B - 46 |

| Date of Birth | Booking # | Collection Date: | Time: |
| --- | --- | --- | --- |
| /87 | 2019003347 | 5-8-19 | 9:40PM |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
| --- | --- | --- |
| | 5-8-19 | 9:40PM |

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ **Medical** ($20.00) *N/A on going issue*
*RE: follow up*
☐ **Dental** ($20.00)
☐ **Mental Health** (No Charge)

**MR#**

| **Inmate Name** (Please print) | **Housing Unit** |
|---|---|
| NEHEMIAS HUERTAS JR. | 3B - 46 |

| **Date of Birth** | **Booking #** | **Collection** | |
|---|---|---|---|
| 87 | 201900 3347 | Date: 5-8-19 | Time: 8 PM |

**Slip Triage Date** _____ **Time** _____ **RN** *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| **Inmate Signature** | **Date** | **Time** |
|---|---|---|
| *[signature]* | 5-8-19 | 8 PM |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($6.00) *N/A On going issue*

☐ Dental ($20.00)

☐ Mental Health (No Charge)

MR# 

| Inmate Name (Please print) *Nehemias Huertas Jr.* | Housing Unit *5D-12* |
|---|---|

| Date of Birth *87* | Booking # *2019003347* | Collection Date: *5-20-19*  Time: *3PM* |
|---|---|---|

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further un-
derstand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature *[signature]* | Date *5/20/19* | Time *3PM* |
|---|---|---|

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☒ **Medical** ($20.00) *On going issue (FREE)*

☐ **Dental** ($20.00)

☐ **Mental Health** (No Charge)

| MR# |
| --- |

| Inmate Name (Please print) *Nehemias Huertas Jr* | Housing Unit 5D 12 |
| --- | --- |

| Date of Birth -87 | Booking # 2019003347 | Collection Date: 5/30/19    Time: 095 |
| --- | --- | --- |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further un-
derstand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date 5/30/20 | Time |
| --- | --- | --- |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box N/A  *Should be Free please*

☑ Medical ($20.00)  *don't charge me . . .*

☐ Dental ($20.00)  *Just a question.*

☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr, | 5D -12 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| '87 | 20190033347 | Date: 6/12/19  Time: 4:16pm |

Slip Triage Date ___7/11/19___  Time ___16 11___  RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further un-
derstand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huertas Jr. | 6/12/19 | 4:10pm |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00) *N/A* NO CHARGE
☐ Dental ($20.00) Re: Copy of Request
☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas JR | SD - 12 |

| Date of Birth | Booking # | Collection Date: | Time: |
|---|---|---|---|
| 87 | 2019003347 | 6-14-19 | 8 Pm |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account. 6/14/19 2055
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date 6/14/19 | Time 8 Pm |
|---|---|---|

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

~~Medical ($20.00)~~ N/A NO CHARGE Re: ROI's

☐ Dental ($20.00)

☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR. | SD-12 |

| Date of Birth | Booking # | Collection Date: | Time: |
|---|---|---|---|
| /87 | 2019003347 | 6/14/19 | 8Pm |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.                 6/14/19  2055

| Inmate Signature | Date | Time |
|---|---|---|
| *[signature]* | 6/14/19 | 8Pm |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical (~~$6.00~~) N/A On going issue
☐ Dental ($20.00) Re: Reenbursment
☐ Mental Health (No Charge)

MR# _____

**Inmate Name** (Please print)
Nehemias Huertas JR.

**Housing Unit**
5D-12

**Date of Birth**
-87

**Booking #**
2019003347

**Collection**
Date: 6/14/19    Time: 7:30pm

**Slip Triage Date** _____    **Time** _____    **RN** (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

NH 6/14/19 2040

**Inmate Signature**
Neh Huer

**Date**
6/14/19

**Time**
7:30pm

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ **Medical** ($20.00)

☐ **Dental** ($20.00)

☑ **Mental Health** (No Charge)

**MR#**

**Inmate Name (Please print)**
Nehemias Huertas Jr.

**Housing Unit**
5D-12

**Date of Birth**
-87

**Booking #**
2019003347

**Collection**
Date: 6/20/19
Time: 3:30pm

**Slip Triage Date** 6/20/19 **Time** 1300 **RN (Initials)**

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

**Inmate Signature**
Nehemias Huertas Jr.

**Date** 6/20/19

**Time** 3:30pm

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($26.00)   *FREE, ON GOING ISSUE*
☐ Dental  ($20.00)     *Re: Med. Restrictions*
☐ Mental Health (No Charge)  *(extra blankets, lower bunk)*

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR. | SD-12 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| 87 | 2019003347 | Date: 6/26/19  Time: 10 AM |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huertas Jr. | 6/26/19 | 10 AM |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical ($20.00)**

☐ **Dental ($20.00)**

☑ **Mental Health (No Charge)**

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR. | 5D-12 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| -87 | 2019003347 | Date: 7-4-12    Time: 9:30AM |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huerta Jr. | 7-4-12 | 9:30AM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☑ **Medical** (~~$7.50~~) *MA Free Just a question*

☐ **Dental** ($7.50)

☐ **Mental Health** (No Charge)

| Inmate Name (Please print) | | | Housing Unit |
|---|---|---|---|
| *Nehemias Huertas JR* | | | *5D-16* |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| *87* | *2019003347* | **$7.50** | Date: *8-1-19*   Time: *10:24pm* |

**Slip Triage Date** _____ **Time** _____ **RN** *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| *(signature)* | *8-1-19* | *10:20pm* |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

2110

Check one box

☑ Medical ($20.00)  N/A SHOULD BE FREE, TO KNOW WHAT PROVIDER ORDERED

☐ Dental ($20.00)

MR# _____

☐ Mental Health (No Charge)

| Inmate Name (Please print) | Housing Unit |
|---|---|
| HUERTAS JR, NEHEMIAS | SD -16 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| 1987 | 2019003347 | Date: 08-03-2019  Time: 1:20PM |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huertas Jr. | 08/03/19 | 1:20PM |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($20.00) N/A Pre existing condition
☐ Dental ($20.00) (FREE)
☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR | 5D-16 |

| Date of Birth | Booking # | Collection |
|---|---|---|
| 1987 | 2019003347 | Date: 08/04/19  Time: 8:40AM |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huerta Jr | 08/04/19 | 8:40 AM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($7.50)

☐ **Dental** ($7.50)

☐ **Mental Health** (No Charge)

MR#

| Inmate Name (Please print) | | Housing Unit |
|---|---|---|
| *Nehemias Huertas JR.* | | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| ▮87 | | **$7.50** | Date: 9/9/9    Time: 8 pm |

Slip Triage Date _____  Time _____  RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| *Neh Huertas JS.* | 9/9/19 | 8 pm |

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

1943

Check one box

☑ **Medical** ($~~20.00~~) N/A SHOULD BE FREE
PRE EXISTING MATTER

☐ **Dental** ($20.00)

☐ **Mental Health** (No Charge)

| MR# |
| --- |

| Inmate Name (Please print) | Housing Unit |
| --- | --- |
| Nehemias Huertas JR, | 5D-29 |

| Date of Birth | Booking # | Collection |
| --- | --- | --- |
| -87 | 2019003347 | Date: 9/9/19   Time: |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further un-
derstand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date 9/9/19 | Time |
| --- | --- | --- |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($7.50)

☐ **Dental** ($7.50)

☑ **Mental Health** (No Charge)

**MR#**

| Inmate Name (Please print) | Housing Unit |
|---|---|
| *Nehemias Huertas JR.* | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection Date: | Time: |
|---|---|---|---|---|
| 87 | 2019003347 | **$7.50** | 9-12-19 | 4:21pm |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| *Nehemias Huerta Jr.* | 9-12-19 | 4:21PM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☒ Medical ($7.50) N/A Just a question
☐ Dental ($7.50) Re: ROI's / signed
☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr- | SD -29 |

| Date of Birth | Booking # | Service Charge | Collection Date: 9-12-19 Time: 7:25/m |
|---|---|---|---|
| -87 | 2019003347 | $7.50 | |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemia Huerta Jr. | 9-12-19 | 7:25pm |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☑ Medical ($2.00) *N/A Providing medical documents*

☐ Dental ($7.50)

☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) *Nehemias Huertas Jr.* | | | Housing Unit *SD-29* |
|---|---|---|---|
| Date of Birth *-87* | Booking # *2019003347* | Service Charge **$7.50** | Collection Date: *9/12/19* Time: *2:25* |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature *Nehemias Huertas Jr.* | Date *9-12-19* | Time *7:25 Pm* |
|---|---|---|

1277 Rev 2/12

# Milwaukee County Correctional Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($20.00)

☐ **Dent al** ($20.00)

☒ **Mental Health** (No Charge)

Re: intentional intefering w/outside doctor's prescribed order.

Provide laws & regulations on ontside doctors order & Jail Health service Not able to provide Nael Otics

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 5D - 29 |

| Date of Birth | Booking # | Collection Date: 09-15-2019 Time: 08:10 AM |
|---|---|---|
| -1987 | 2019003347 | |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further un-
derstand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds
are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date 09-15-2019 | Time 08:10 AM |
|---|---|---|

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☑ **Medical** ($~~7.50~~) N/A Medical Question
☐ **Dental** ($7.50)
☐ **Mental Health** (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| '87 | 2019003347 | **$7.50** | Date: 9/23/2019  Time: 1:12 PM |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huertas Jr. | 9/23/2019 | 1:12 PM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☒ Medical ($2.50)  N/A  Medical  ?
☐ Dental  ($7.50)
☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection Date/ | Time: |
|---|---|---|---|---|
| /87 | 2019003347 | $7.50 | 9/23/19 | 8045 |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| | 9/23/19 | 8:45 PM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☒ Medical ($7.50) *N/A Medical question & concern*

☐ Dental ($7.50)

☐ Mental Health (No Charge)

| MR# | |

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas JR. | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection Date: | Time: |
|---|---|---|---|---|
| /87 | 20190037 | **$7.50** | 09-25-19 | 1946 |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| | 09-25-19 | |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☑ **Medical ($7.50)** N/A Medical information

☐ **Dental** ($7.50)

☐ **Mental Health** (No Charge)

MR#

| Inmate Name (Please print) Nehemias Huertas Jr. | | | Housing Unit 5D - 29 |
|---|---|---|---|
| **Date of Birth** -87 | **Booking #** 2019003347 | **Service Charge** $7.50 | **Collection** Date: 9-26-19 Time: 4:42pm |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature Nehemias Huertas Jr. | Date 09/26/19 | Time 4:42 pm |
|---|---|---|

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☑ **Medical** ($7.50) N/A  Re:Pre existing issues
Chronic Pain (L. Elbow, Back, R. Leg)

☐ **Dental** ($7.50)

☐ **Mental Health** (No Charge)

MR#

| Inmate Name (Please print) Nehemias Huertas Jr. | Housing Unit 5D-29 |
|---|---|

| Date of Birth -1987 | Booking # 2019003347 | Service Charge $7.50 | Collection Date 9 Time: 9b4/9S |
|---|---|---|---|

**Slip Triage Date** _____ **Time** _____ **RN** *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date 0 5-26 2019 | Time 4:42pm |
|---|---|---|

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

Re: Alternative treatment plan while
in custody ? ?
Continuosly disregarded ...

☐ Medical ($7.50)

☐ Dental ($7.50)

☒ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| /87 | 2019003347 | **$7.50** | Date: 9/26/19  Time: 4:46PM |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| Nehemias Huertas Jr. | 09-26-19 | 4:42pm |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☒ **Medical** ($7.50) N/A *Medical Information (Educational)*

☐ **Dental** ($7.50)

☐ **Mental Health** (No Charge)

| MR# |
| --- |

| Inmate Name (Please print) | Housing Unit |
| --- | --- |
| Nehemias Huertas Jr. | 5 D - 29 |

| Date of Birth | Booking # | Service Charge | Collection Date: Time: |
| --- | --- | --- | --- |
| -87 | 2019003347 | **$7.50** | |

Slip Triage Date _____ Time _____ RN *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
| --- | --- | --- |
| | 9/26/19 | 4:42pm |

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($7.50)

☐ **Dental** ($7.50)

☑ **Mental Health** (No Charge)

| MR# |
| --- |

| Inmate Name (Please print) | Housing Unit |
| --- | --- |
| Nehemias Huertas Jr | SD-29 |

| Date of Birth | Booking # | Service Charge | Collection Date: | Time: |
| --- | --- | --- | --- | --- |
| -87 | 2019003347 | **$7.50** | 9/20/19 AF | 1810 |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
| --- | --- | --- |
| Nehem Huertas Jr. | 9-30-19 | 1:10 PM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box

☐ **Medical** ($7.50)

☐ **Dental** ($7.50)

☒ **Mental Health** (No Charge)

**MR#**

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr. | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| 87 | 2019003347 | **$7.50** | Date: 10-3-19  Time: 9:21 |

**Slip Triage Date** _____ **Time** _____ **RN** *(Initials)* _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| *[signature]* | 10/3/2019 | 9:20 AM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care

## Non Emergency Health Care Request Form

Check one box

☑ Medical ($7.50) *N/A*
☐ Dental ($7.50)
☐ Mental Health (No Charge)

*PLEASE STOP CHARGING ME FOR PRE EXISTING ISSUES ON GOING MATTERS*

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| Nehemias Huertas Jr | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection Date: | Time: |
|---|---|---|---|---|
| 87 | 2019003347 | $7.50 | 10/6/19 | 1957 |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the
Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| *[signature]* | 10/6/19 | 7:55PM |

1277 Rev 7/13

# Milwaukee County Corrections Health Care
## Non Emergency Health Care Request Form

Check one box
- ☑ Medical ($7.50)  N/A PLEASE STOP INCORRECTIY CHARGING ME!!
- ☐ Dental ($7.50)
- ☐ Mental Health (No Charge)

MR#

| Inmate Name (Please print) | Housing Unit |
|---|---|
| NEHEMIAS HUERTAS JR | 5D-29 |

| Date of Birth | Booking # | Service Charge | Collection |
|---|---|---|---|
| 87 | 2019003347 | $7.50 | Date: 10/11/19  Time: 1938  BH |

Slip Triage Date _____ Time _____ RN (Initials) _____

This form is a request to be seen by a licensed staff member from the Health Services Unit.
Completion of this form does not guarantee a visit with a health care/mental health professional.
Responses to this request will be based on a review of your Medical Records and is at the discretion of the Health/ Mental Health Services Staff.

I understand that the necessary applicable funds will be deducted from my commissary account. I further understand that medical/dental care will not be refused to any inmate based on his/her ability to pay. If no funds are currently available, a negative balance will be entered into my account.
The negative balance will be deducted from any monies deposited.

| Inmate Signature | Date | Time |
|---|---|---|
| | 10/11/19 | 7:40PM |

TO: Medical Supervisor Jordan RN                    10-17-2019

Can I please have a copy of all
My Medical grievances response
From Hoc which were never
provided to Me by paper because
they are done on the Kiosk & I
got remanded May 1st, 2019
Back to the CJF.

Thank You

Grievances are
not part of a medical
Chart, up to custody
to release

**BOOKING #:**
2019003347

**PRINT NAME:**
Nehemias Huertas Jr                    -87

**OFFICER:**

**RESPONDING:**

10-19-19

**TO:** TO WHOM IT MAY CONCERN

STOP giving me the run around! You say "I should have received a response" and I'm telling you I never did nor did I received a RECEIPT. I'll Pay for a copy I don't care charge my Account. How hard is that!?

(See attached)

**BOOKING #:** 2019003347

**POD/CELL:** 5D-29

**PRINT NAME:** Nehemias Huertas

**Date of Birth:** _87

**OFFICER:**

**RESPONDING:**

**TO:** CO COLE    10-4-2019

I never received a Carbon
copy or receipt to grievances# :

19-002076

19-001841

19-001868

19-001536

19-001866

19-001469

19-001486

19-001442

19-001378

19-001280

19-001311

**BOOKING #:**
2019003347

**POD/CELL:**
5D-29

**PRINT NAME:**
Nehemias Huertas Jr

**Date of Birth:**
-87

**OFFICER:**

**RESPONDING:** You should have recieved
a response.

**TO:** CMS. GRIEVANCES

I was never provided with a copy and/or response to grievances #:

| | |
|---|---|
| 19-001721 | 07/12/19 |
| 19-002007 | 07/16/19 |
| 19-002025 | 08/07/19 |
| 19-002008 | 08/13/19 |
| 19-002075 | 08/24/19 |
| 19-002076 | 08/24/19 |

Can I please have my copy?

Thank you!

**BOOKING #:** 2019003847

**PRINT NAME:** Nehemias Huertas

**OFFICER:**

**POD/CELL:** 5D-29

**Date of Birth:** ▓▓▓-87

**RESPONDING:** You should have recieve a response.

**TO:** OPEN RECORDS       10/01/2019

I was never provided w/ a copy
and/or response to
GRIEVANCES #:

| | |
|---|---|
| 19-001721 | 07-12-2019 |
| 19-002007 | 07-16-2019 |
| 19-002025 | 08-07-2019 |
| 19-002008 | 08-13-2019 |
| 19-002075 | 08-24-2019 |
| 19-002076 | 08-24-2019 |

Can I please have My Copy?

Thank you!

**BOOKING #:**
2019003347

**POD/CELL:**
SD-29

**PRINT NAME:**
Nehemias Huertas

**Date of Birth:**
███-87

**OFFICER:**

**RESPONDING:**

9-18-2019

LAW LIBRARY or to whom it may concern
-Special Project-

I need a copy of all my grievances
submitted between March, 2019
& April, 2019 at the HOUSE OF
CORRECTION as I was never provided
a Carbon copy nor a receipt since
grievances at the HOC are
done on the "KIOSK"

**BOOKING #:** 2019003347
**POD/CELL:** 5D-29
**PRINT NAME:** Nehemias Huertas Jr.
**Date of Birth:** ████-1987
**OFFICER:**

**RESPONDING:**

**TO:** CO COLE                    10-05-2019

I HAVEN'T RECEIVED A

RECEIPT NOR A RESPONSE

TO THE FOllOWING

GRIEVANCES (PlEASE SEE

ATTACHED)..

I Would like a Receipt
and Response.

Thank You!

**BOOKING #:** 2019003347          **POD/CELL:** 5D-29 ✓

**PRINT NAME:** Nehemias Huertas   **Date of Birth:** ▓▓-87

**OFFICER:**

**RESPONDING:**

TO: CO COLE

10-05-2019

<u>Re: Un answered grievances & receipts not provided.</u>

1) Grievance Date 07-12-2019 @ 08:52pm, regarding Mail I hand over to CO Smith not sent on 06-19-2019 (Carbon copy available & Signed). Mail was never logged neither.

2) Grievance Date 07-16-2019 @ 08:10 pm, regarding Mail I hand over to CO Broske on 07-12-2019 not sent, (carbon copy available & Signed). Mail was never logged neither.

3) Grievance Date 07-16-2019 @ 08:10pm, regarding Mail I hand over to CO S. Peterson on (07-09-19) not sent or logged, (Carbon copy available & Signed).

4) Grievance Date 08-21-2019 @ 04:03pm, regarding mail I hand over to CO C.A. Working the SD Pod on 07-16-19 not sent or logged, (carbon copy available & Signed).

5) Grievance Date 08/21/2019 @ 09:05 AM, regarding mail I hand over to CO A.G. Working the SD Pod on 08/01/19, never sent or logged, (carbon copy available & Signed).

6) Grievance Date 08/21/2019 @ 09:05AM, regarding mail I hand over to CO B.H working the SD Pod on 08-13-19, never sent out or logged.

7) Grievance Date 08/24/2019 @ 9:15 AM, regarding Mail not

being sent or logged.

8) Grievance Date 08-24-2019 @ 09:20AM, regarding my Mail which was sent out 06-18-2019 hand over to CO Fernandes-Rosa going out to OASIS, never sent or logged, (carbon copy available & signed).

9) Grievance Date 08-24-2019 @ 07:10pm, regarding HOC grievances carbon copy & response never provided

10) Grievance Date 08/29/2019 @ 10:47AM, regarding appeal to grievance 19-0018066, (Carbon copy available & signed).

11) Grievance Date 09-03-19 @ 09:05pm, regarding appeal to grievance #19-001745, (Carbon copy available & signed).

I would like my receipt & response to the grievances (11) listed above.
Thank you!

- Neh _____ #343598
Nehemids Huertas Jr. Booking No. 2019003347
Milw. CO. Jail          DOB ████/87
949 N. 9th St.
Miln. WI 53233                    C.C.
              PAGE 2 OF 2