UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(Milwaukee)

Nehemias Huertas, Jr.,

    Plaintiff,

DECLARATION OF
MARLON TIRADO

V.

Case No: 2:19-CV-00592-NJ-PP

Michael Hafeman, co Waite, co Morton, co Murray, Armor Health Care, Well Path, Dr. Karen Horton, Dr. Laura Sukowaty, Dr. Jackie Christanson, Dr. Shelly Johnson, Dr. Sabatier, Jennifer (NP) Charles Dombeck, Nurse Holly, Nurse Sheryl, Nurse Mud, Nurse Scott, Nurse Jane Doe 1, Nurse Jane Doe 2, Nurse Jane Doe 3, Nurse Jane Doe 4, Nurse Jane Doe 5, Nurse Jane Doe 6, Nurse Jane Doe 7, Milwaukee County

    Defendants.

Marlon Tirado hereby declares:

On or about 03-05-2019 I Marlon Tirado was an inmate at the Milwaukee County House Of Correction (HOC) housed in the M6 dorm (from Feb. 18th – Jul. 28th, 2019) where I witness inmate Nehemias Huertas Jr., ask co Waite multiple times to call for an escort for

PAGE 1 OF 4

U.S. District Court
Wisconsin Eastern
NOV 14 2019
FILED
Stephen C. Dries, Clerk

Mr. Huertas to be escorted to the Health Center for immidiate dressing change to his L. Elbow (open wound) wet and loose bandage after Mr. Huertas had taken a shower, but CO Waite disregarded Mr. Huertas multiple requests. Almost an hour later a shake down took place and all inmates in the M6 dorm were escorted to the South gym of the HOC where we remained for over four hours. While in the S. gym, Mr. Huertas asked CO Waite numerous times to "Please" call for an officer to escort him to the Health Center. CO Waite continuosly disregarded Huertas requests to receive medical attention (for over four hours).

On 03-28-2019 approximately at 4:50 pm Mr. Huertas asked CO Morton to be escorted to the Health Center for wound care as he had an obvious open bleeding wound and was obviously in severe pain. Huertas bandage had blood soaking thru. CO Morton disregarded Huertas serious medical need until after dinner and Mr. Huertas wasn't escorted to the Health Center until three hours later.

On 04-13-2019 during breakfast (6:30AM) in the M6 dorm day room I heard Mr. Huertas requesting medical attention as he was speaking to CO Miguel

CO. Miguel called the Health center numerous times but the Health center continuosly disregarded Mr. Huertas Serious Medical need. CO Miguel did her best to help Huertas as he was obviously in Pain and his bandage was drenched in blood which was noticeable. Mr. Huertas wasn't escorted to the Health center for over Seven hours (1:30pm).

On 04-29-2019 around 9pm in the M6 dorm while on our bunks, Mr. Huertas approached the officers desk and asked CO Gilbert to be escorted to the Health center. Huertas was in tears and obviously in chronic Pain and his bandage was soaked in blood. The Health center recklessly disregarded Huertas Serious Medical need. I see Huertas approaches the CO's desk again at this moment CO Murray was at the desk next to CO Gilbert. I hear CO Murray laugh very loud and stated "that's why you're gonna be in pain all night." CO Murray also recklessly disregarded Mr. Huertas Serious Medical need and also intentionally inflicted emotional and mental distress on Mr. Huertas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Milwaukee, Wisconsin
On September 27th, 2019.

*[signature]*
Marlon Tirado SPN. 421625
                Booking No. 2019003312
                DOB ▮▮▮-95


                                    C.C.
                                Marlon Tirado
                                Nehemias Huertas Jr.
                                U.S. Clerk of Court