UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NEHEMIAS HUERTAS, JR,

    Plaintiff,

v.                                              Case No. 19-cv-0592-bhl

TAYLOR WAITE, et al.,

    Defendants.

## ORDER

On March 12, 2021, plaintiff Nehemias Huertas filed a "motion to limit discovery, motion to seal, motion for protective order." Dkt. No. 85. He explains that he plans to "object" to the defendants' request that he sign medical authorizations because he believes that the request is too broad and includes periods of time not relevant to this lawsuit. *See* Dkt. Nos. 86 and 87.

The Court will deny the motion without prejudice because Huertas has not satisfied the requirement under Civil Local Rule 37 to make a good faith attempt to confer with the defendants before filing a motion with the Court. Huertas must directly contact the defendants' attorneys regarding his objections and he must wait for a response. The requirement to confer is critical in promoting judicial efficiency because it is possible that the defendants may simply agree to limit the medical records in this case to the one- or two-year period surrounding his incarceration. If, after making a good faith attempt to confer with the defendants, the parties still cannot arrive at an agreement, Huertas can refile this motion.

**IT IS THEREFORE ORDERED** that the plaintiff's "motion to limit discovery, motion to seal, motion for protective order" (Dkt. No. 85) is **DENIED** without prejudice.

Dated at Milwaukee, Wisconsin this 24th day of March, 2021.

                                                                      s/ *Brett H. Ludwig*
                                                                      Brett H. Ludwig
                                                                       United States District Judge