UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NEHEMIAS HUERTAS, JR.,

        Plaintiff,

                              Case No. 2:19-cv-00592-BHL

v.

MICHAEL HAFEMAN, *et al.*,

        Defendants.

---

## DECLARATION OF RYAN M. WIESNER

---

1. I am the attorney of record for Laura Sukowaty, MD and make this declaration upon personal knowledge and in support of her response to Plaintiff's pending motion to compel. (Doc. 91).

2. Attached as Exhibit A is a true and correct copy of Dr. Sukowaty's discovery responses at issue in this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2021                **Davis & Kuelthau, s.c.**

                                          By: *Electronically signed by Ryan M. Wiesner*
                                                Ryan M. Wiesner

                                                *Attorneys for Dr. Sukowaty*