UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NEHEMIAS HUERTAS, JR.,

          Plaintiff,

v.

          Case No. 2:19-cv-00592

MICHAEL HAFEMAN, *et al.*,

          Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I filed the following documents using the Court's ECF filing system, which sent copies to all counsel of record, and also mailed a copy to the plaintiff via U.S. Mail at the address he provided on PACER, 488040, Fox Lake Correctional Institution, W10237 Lake Emily Rd., P.O. Box 200, Fox Lake, WI 53933-0200.

    1.    Laura Sukowaty, MD's Response to Plaintiff's Motion to Compel.

Dated: May 14, 2021          **DAVIS & KUELTHAU, S.C.**

          By: *s/ Ryan M. Wiesner*
          Ryan M. Wiesner, Wis. SBN 1090647
          111 E. Kilbourn Avenue, Suite 1400
          Milwaukee, WI 53202
          Tel. (414) 276-0200
          Fax (414) 278-3643
          Email  rwiesner@dkattorneys.com