UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NEHEMIAS HUERTAS, JR.,

    Plaintiff,

             Case No. 2:19-cv-00592-BHL

 v.

MICHAEL HAFEMAN, *et al.*,

    Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that I filed Dr. Sukowaty's response to Plaintiff's motion to compel (Doc. 90) using the Court's ECF system and mailed copy to Plaintiff at his last known address on PACER.

Dated: May 14, 2021        **Davis & Kuelthau, s.c.**

             By: *Electronically signed by Ryan M. Wiesner*
             Ryan M. Wiesner
             111 E. Kilbourn Avenue, Suite 1400
             Milwaukee, WI 53202
             Tel. (414) 276-0200
             Fax (414) 278-3643
             Email rwiesner@dkattorneys.com

             *Attorneys for Dr. Sukowaty*